# United States Court of Appeals
## For the First Circuit

Nos. 19-1787
     19-1900

MARK ANTHONY REID; ROBERT WILLIAMS, on behalf of himself and
others similarly situated; LEO FELIX CHARLES, on behalf of
himself and others similarly situated,

Petitioners, Appellants/Cross-Appellees,

v.

CHRISTOPHER J. DONELAN, Sheriff, Franklin County, Massachusetts;
LORI STREETER, Superintendent, Franklin County Jail & House of
Correction; THOMAS M. HODGSON, Sheriff, Bristol County,
Massachusetts; JOSEPH D. MCDONALD, JR., Sheriff, Plymouth
County, Massachusetts; STEVEN W. TOMPKINS, Sheriff, Suffolk
County, Massachusetts; ALEJANDRO MAYORKAS, Secretary of the
Department of Homeland Security; DENIS C. RIORDAN, Director,
Immigration and Customs Enforcement Boston Field Office; MERRICK
B. GARLAND, Attorney General; JEAN KING, Acting Director of the
Executive Office for Immigration Review; EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW; DAVID DUBOIS, Sheriff, Strafford County, New
Hampshire; CHRISTOPHER BRACKETT, Superintendent, Strafford
County House of Corrections; TAE D. JOHNSON, Acting Director,
Immigration and Customs Enforcement,

Respondents, Appellees/Cross-Appellants.

**ERRATA SHEET**

The opinion of this Court issued on October 26, 2021 is
amended as follows:

On page 5, line 22, "shall" is replaced with "should"